UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 565 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MALIK J. HUIE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Malik J. Huie, which was referred to the Magistrate Judge with the consent of the parties.

On September 24, 2020 the government filed a 4 count Indictment. On May 25, 2022, the government filed a Superseding Indictment charging Defendant Huie with Possession with Intent to Distribute Cocaine Base, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). On June 2, 2022 Magistrate Judge Parker held an arraignment, during which Mr. Huie entered a plea of not guilty to the charges. On September 21, 2022 Magistrate Judge Parker received Defendant's plea of guilty to count 1 of the Superseding Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Huie is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Malik J. Huie is adjudged guilty to count 1 of the Superseding Indictment, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 11, 2023 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 6, 2022